**FILED & ENTERED**

MAR 10 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BRENDA B. BIDAURE,<br><br>　　　　　　　Debtor. | Case No.: 6:16-bk-10414-WJ<br><br>CHAPTER 13<br><br>**ORDER DENYING MOTION TO VACATE DISMISSAL ORDER**<br><br>Hearing:<br>Date:　March 9, 2016<br>Time:　2:00 p.m.<br>Crtm:　304 |

On March 9, 2016 at 2:00 p.m., the Court held a hearing regarding the motion of the debtor, Brenda B. Bidaure, to vacate the dismissal order in this bankruptcy case, entitled "Motion to Vacate Dismissal" ("Motion") [docket number 25].  All appearances were noted on the record.  For the reasons stated on the record, the Court denied the Motion.

The Court hereby ORDERS, ADJUDGES and DECREES:

1. The Motion is denied for the reasons stated on the record.

IT IS SO ORDERED.

Date: March 10, 2016

_____
Wayne Johnson
United States Bankruptcy Judge